IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT U. MILTON,

   Plaintiff,

    v.

EVERHOME MORTGAGE
COMPANY as Servicer for Everbank,

   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-2340-TWT

## ORDER

This is an action for wrongful foreclosure. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending dismissing the action without prejudice for failure to comply with an Order of the Court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 17 day of October, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Milton\r&r.wpd